**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6947**

———————

DANNY C. GILLETTE,

Plaintiff - Appellant,

and

STEVE L. ANDERSON,

Plaintiff,

versus

STATE OF WEST VIRGINIA; WEST VIRGINIA REGIONAL
JAIL AND CORRECTIONAL FACILITY AUTHORITY;
STEVEN CANTERBURY, Executive Director; WAITMAN
LEE FREDERICK, Administrator; JOHN LOPEZ,
Director/Inmate Services; JULIE K. MCCOLLAM,
Counselor, all in their official and
individual capacities,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston. John T. Copenhaver, Jr.,
District Judge. (CA-01-1309-2)

———————

Submitted: September 11, 2003      Decided: September 24, 2003

———————

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

Danny C. Gillette, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Danny C. Gillette appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gillette v. West Virginia, No. CA-01-1309-2 (S.D.W. Va. June 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED